Filed 6/26/15  P. v. Baptist CA2/1

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION ONE

| | |
|---|---|
| THE PEOPLE,<br><br>Plaintiff and Respondent,<br><br>v.<br><br>HALLET ALBERT BAPTIST,<br><br>Defendant and Appellant. | B261019<br><br>(Los Angeles County<br>Super. Ct. No. BA407472) |

APPEAL from a judgment of the Superior Court of Los Angeles County.  Rand S. Rubin and Henry J. Hall, Judges.  Affirmed.

Laura Schaefer, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

_____

Defendant entered a plea of no contest to violating Penal Code section 4573 and admitted a strike allegation.  The plea was based on a February 1, 2013 incident in which police officers conducting a strip search in jail found rock cocaine on defendant.  The trial court sentenced defendant to a second strike term of four years.  The trial court later

denied defendant's request to be resentenced pursuant to Proposition 47 because that act did not amend or affect Penal Code section 4573.

Defendant did not apply for or obtain a certificate of probable cause, but filed a timely appeal. We appointed counsel to represent defendant on appeal. After examination of the record, counsel filed an opening brief raising no issues and asking this court to independently review the record. On April 30, 2015, we advised defendant he had 30 days within which to personally submit any contentions or issues he wished us to consider. To date, we have received no response.

We have examined the entire record and are satisfied that defendant's attorney has fully complied with her responsibilities and that no arguable issues exist. (*People v. Kelly* (2006) 40 Cal.4th 106, 109–110; *People v. Wende* (1979) 25 Cal.3d 436, 441.)

**DISPOSITION**

The judgment is affirmed.

NOT TO BE PUBLISHED

BENDIX, J. *

We concur:

ROTHSCHILD, P. J.

CHANEY, J.

---

\* Judge of the Los Angeles Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.